1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>TIME OUT BURGER, LLC, a California limited liability company; and Does 1-10,<br><br>      Defendants. | Case No.: 2:21-cv-04597-SK<br><br>*Hon. Steve Kim*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 3, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant Time Out Burger, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 22, 2021

Hon. Steve Kim
United States Magistrate Judge